1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11          Respondent,                    No. 2:02-cr-0416 GEB JFM (HC)

12       vs.

13   DAWANE ARTHUR MALLETT,

14          Movant.                        ORDER

15   _____/

16          Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside,

17   or correct his sentence pursuant to 28 U.S.C. § 2255.  Movant challenges his 2003 conviction on

18   multiple federal criminal charges and the sentence imposed thereon.  On June 16, 2008,

19   respondent moved to dismiss the motion as barred by the statute of limitations contained in 28

20   U.S.C. § 2255.[1]  On June 18, 2008, the Clerk of the Court issued a notice setting a briefing

21   schedule for respondent's motion in accordance with the provisions of Local Rule 78-230(m).

22   Pursuant to that notice movant's opposition to respondent's motion was due on July 9, 2008.

23

24          [1] On June 18, 2008, the Clerk of the Court issued a notice setting a briefing schedule for
     respondent's motion in accordance with the provisions of Local Rule 78-230(m).  Pursuant to
25   that notice, movant's opposition to respondent's motion was due on July 9, 2008.  Movant has
     not filed an opposition to the motion or otherwise responded either to the motion or to the notice
26   setting the briefing schedule.

1

1   Movant did not file an opposition to the motion or otherwise respond either to the motion or to

2   the notice setting the briefing schedule.

3           On July 30, 2008, this court issued findings and recommendations finding that the

4   § 2255 motion had been filed after expiration of the relevant limitation period and recommending

5   that respondent's motion to dismiss be granted.  In relevant part, the court found that movant's

6   direct appeal was denied on December 1, 2006 and that the limitation period began to run ninety

7   days thereafter.  Findings and Recommendations, filed July 30, 2008, at 2.  In a footnote in the

8   findings and recommendations, the court noted that

9               It is unclear from the record whether movant, who was represented
            by counsel on direct appeal, knew of the disposition of his appeal
10              prior to the time he filed his § 2255 motion.  In his motion, movant
            alleges that his appeal is "still pending".  § 2255 Motion, filed
11              April 3, 2008, at 2.  In addition, movant's fourth claim for relief is
            a claim of ineffective assistance of appellant counsel in which
12              movant alleges, inter alia, that his appellate counsel failed to keep
            him aware of the status of his direct appeal.  Id. at 5.  However,
13              movant has not opposed respondent's motion  and therefore has
            not relied on these or any other allegations to contend that the
14              action is not time-barred.

15   Id. at 2 n.3.

16          On August 11, 2008, movant filed objections to the findings and

17   recommendations.  In the objections, movant states, inter alia, that his attorney never informed

18   him of the status or outcome of his direct appeal.  Good cause appearing, the court will vacate the

19   findings and recommendations and treat movant's objections as an opposition to respondent's

20   motion to dismiss.  Respondent will be granted a period of ten days in which to file a response to

21   movant's opposition.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23              1.  The findings and recommendations filed July 30, 2008 are vacated;

24              2.  Movant's August 11, 2008 objections will be treated as an opposition to

25   respondent's motion to dismiss; and

26   /////

1          3.  Respondent is granted ten days from the day of this order to file a response to

2   movant's opposition.

3   DATED: November 3, 2008.

4

5   _____
    UNITED STATES MAGISTRATE JUDGE

6

7   12
    mall0416.vac
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26