IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,           No. 2:02-cr-0416 GEB JFM (HC)

  vs.

DAWANE ARTHUR MALLETT,

      Movant.              <u>ORDER</u>

_____/

      Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On November 14, 2008, respondent filed a motion for extension of time in which to file a reply to movant's opposition to respondent's motion to dismiss. Good cause appearing, respondent's request for a thirty day extension of time to file its reply to movant's opposition is granted. Respondent's reply shall be filed on or before December 17, 2008.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondent's November 14, 2008 motion for extension of time is granted;

      2. Respondent's reply shall be filed on or before December 17, 2008.

DATED: December 2, 2008.

                                         /s/ John F. Moulds
                              UNITED STATES MAGISTRATE JUDGE

001; mall0416.eot