```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  Chief of Appeals
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone:  (916) 554-2700
 5
 6
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12       Respondent,             )  NO. 2:02-CR-0416 GEB JFM (HC)
                                 )
13       v.                      )  ORDER RE GOVERNMENT'S
                                 )  SECOND REQUEST FOR AN
14  DAWANE ARTHUR MALLETT,       )  EXTENSION OF TIME TO
                                 )  RESPOND TO MALLETT'S
15       Petitioner.             )  § 2255 PETITION
    _____)
16
17       The government's February 13, 2009 request for a 90-day
18  extension of time to file its answer to Mallett's § 2255 petition
19  is GRANTED.  The government's answer is now due May 18, 2009.
20  DATED: February 18, 2009.
21
22                                  _____
                                    UNITED STATES MAGISTRATE JUDGE
23
24
    /mall0416.eot2
25
26
27
28
```