LAWRENCE G. BROWN
Acting United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Respondent, | ) | NO. 2:02-CR-0416 GEB JFM (HC) |
| v. | ) | ORDER RE GOVERNMENT'S THIRD REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO MALLETT'S § 2255 PETITION |
| DAWANE ARTHUR MALLETT, | ) | |
| Petitioner. | ) | |

On June 18, 2009, respondent informed the court that the proposed order contained an incorrect deadline for filing the response.  Good cause appearing, the government's requests for a 30-day extension of time to file its answer to Mallett's § 2255 petition is GRANTED.  The government's answer is now due July 17, 2009.  No further extensions of time will be granted.

DATED:  July 9, 2009.

UNITED STATES MAGISTRATE JUDGE

/mall0416.ext4

1