IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. 2:02-cr-0416 GEB JFM

    vs.

DAWANE A. MALLETT,

    Movant.                  ORDER

_____/

        Movant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 was denied on March 11, 2011.  Petitioner's filings, entitled "Suggestion of Denied Consent to Any Suit Within All Article III Court's [sic] Of America" and "Ex Parte Suggestion of Lack of Subject Matter Jurisdiction", filed on March 18, 2011 and April 4, 2011, respectively, do not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2255 Cases.  Therefore, these documents will be disregarded.

        IT IS SO ORDERED.

DATED: April 7, 2011.

                                        UNITED STATES MAGISTRATE JUDGE

12;mall0416.158