IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. 2:02-cr-0416 GEB JFM

    vs.

DAWANE A. MALLETT,

    Movant.                      <u>ORDER</u>

_____/

        Movant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 was denied on March 11, 2011. Petitioner's proposed order, filed April 25, 2011, and his May 2, 2011 filing, styled as a motion to dismiss, respectively, do not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2255 Cases. Therefore, these documents will be disregarded.

        IT IS SO ORDERED.

DATED: May 9, 2011.

                                  UNITED STATES MAGISTRATE JUDGE

12;mall0416.158.sec