UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:02-cr-00416-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DAWANE ARTHUR MALLETT, | |
| Defendant. | |

On December 14, 2015, federal prisoner Dawane Mallett filed, in pro per, a motion in this closed criminal case in which he seeks to "vacate [his] conviction and set aside judgment[,]" arguing that he is entitled to immunity under the Diplomatic Relations Act, 22 U.S.C. § 254d. (Def.'s Mot., ECF No. 372.) Mallett's immunity claim is premised on his averred status as "Grand Governor of the Moorish Science Temple of America." (Id., ECF page 7 of 76.)

Mallett has not shown that he is authorized to move for dismissal of his closed criminal case or that § 254d applies to his federal conviction or sentence. Section 254d prescribes: "Any action or proceeding brought against an individual who is entitled to immunity with respect to such action or proceeding under the Vienna Convention on Diplomatic Relations . . . shall be dismissed." This Act "premise[s] diplomatic immunity upon

1

recognition by the receiving state. That is to say, neither [Mallett] nor anyone else is able unilaterally to assert diplomatic immunity. Such status only exists when there is recognition of another state's sovereignty by the Department of State." United States v. Lumumba, 741 F.2d 12, 15 (2d Cir. 1984). Mallett has not shown that the State Department has "recognized the [Moorish Science Temple of America,]" or that "it has []ever granted immunity status to [Defendant]." Id. Therefore, Mallett's motion, (ECF No. 372), is DENIED.

Dated:  December 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2