UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:02-cr-00416-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DAWANE ARTHUR MALLETT, | |
| Defendant. | |

Defendant Dawane Arthur Mallett's motion filed on May 5, 2017 is denied.

Dated: May 19, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1