# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:02-cr-0416 TLN AC |
| Respondent, | |
| v. | ORDER |
| DAWANE ARTHUR MALLETT, | |
| Movant. | |

On July 19, 2022, the Ninth Circuit Court of Appeals granted movant's application for authorization to file a second or successive motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and ordered the application be processed as a § 2255 motion in this court. ECF No. 408. Erin J. Radekin, movant's appointed counsel on appeal, has now filed a motion seeking to expand her appointment to include representation of movant in this court on a second § 2255 motion as authorized by the Ninth Circuit Court of Appeal in case number 18-71553. ECF No. 411. It appearing that expansion of counsel's appointment is appropriate, IT IS HEREBY ORDERED that:

1. The motion to expand the appointment of Erin J. Radekin (ECF No. 411) is GRANTED.

2. Counsel's appointment is expanded to include representing movant on a second § 2255 motion, as authorized by the Ninth Circuit Court of Appeals.

3. Within thirty days of the service of this order, movant may file an amended § 2255 motion.

4. Respondent shall file a response within thirty days of service of the amended motion. In the event no amended motion is filed, respondent shall file a response to the original § 2255 motion (ECF No. 409) within thirty days of the expiration of time for filing an amended motion. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings.

5. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

6. The Clerk of the Court shall serve a copy of this order on the United States Attorney or his authorized representative and on the Federal Defender, Attention: Habeas Appointment.

DATED: August 4, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE