PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:02-CR-00416-TLN-AC |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); [~~PROPOSED~~] ORDER |
| v. | |
| DAWANE ARTHUR MALLETT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255 on September 6, 2022. ECF 413. The government's response is currently due October 6, 2022. ECF 412.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before

STIPULATION RE BRIEFING SCHEDULE                               1

December 5, 2022;

    b)    The defendant's traverse to be filed 30-days after the government's files its response.

IT IS SO STIPULATED.

Dated:  October 3, 2022          PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT C. ABENDROTH
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated:  October 3, 2022          /s/ ERIN J. RADEKIN
ERIN J. RADEKIN
Counsel for Defendant
DAWANE ARTHUR MALLETT

### [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)    The government's response to the defendant's motion, ECF 413, is due on or before December 5, 2022;

    b)    The defendant's traverse, if any, is due 30-days after the government files its response.

IT IS SO FOUND AND ORDERED this 3rd day of October  2022.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE