HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>DAWANE ARTHUR MALLETT,<br><br>              Defendant. | No. 2:02-cr-416-TLN<br><br>**REQUEST FOR EXTENSION OF TIME; ORDER**<br><br>**RETROACTIVE CRIMINAL HISTORY CASE**<br><br>Judge:  Honorable TROY L. NUNLEY |

On February 12, 2024, the Court issued a briefing schedule in the above-entitled matter pursuant to General Order 670.  ECF 438.  The filing deadline was not properly calendared by the undersigned, for which he apologizes.

Accordingly, the undersigned requests an extension of time to April 30, 2024, given the extensive record on file and the need to communicate with Mr. Mallett through the U.S. Postal System, to file a status report, motion or stipulation, and prays the Court issue the proposed order lodged herewith.  This is the first request for extension, and is not

///

///

///

///

///

1 | interposed to unduly delay the proceedings, gain an unfair advantage, or for any other
2 | improper purpose.
3 | Dated:  March 13, 2023

<div style="margin-left: 3em;">
Respectfully submitted,

HEATHER E. WILLIAMS<br>
Federal Defender

 /s/ *David M. Porter*<br>
DAVID M. PORTER<br>
Assistant Federal Defender

Attorneys for Defendant<br>
DAWANE ARTHUR MALLETT
</div>

# ORDER

Pursuant to defense counsel's request, and good cause appearing therefor, the request is **GRANTED**. The time for the Office of the Federal Defender to file a status report, motion or stipulation, set forth in this Court's February 12, 2024 minute order, ECF 438, is extended to April 30, 2024.

Dated:  March 14, 2024

Troy L. Nunley
United States District Judge