UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:02-cr-0416 TLN AC |
|---|---|
| Respondent, | |
| v. | ORDER TO SHOW CAUSE |
| DAWANE ARTHUR MALLETT, | |
| Movant. | |

Movant is a federal prisoner proceeding pro se on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 445. By order filed June 27, 2024, respondent was ordered to respond to the motion within thirty days. ECF No. 448. Respondent has failed to file a response within the time provided or to seek an extension of time to do so.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of this order, respondent shall show cause why sanctions should not be imposed for failing to respond to a court order. Filing a response to the § 2255 motion will discharge the order to show cause.

DATED: August 6, 2024

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1