1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No.  2:02-cr-0416 TLN AC

12                      Respondent,

13         v.                                       ORDER

14   DAWANE ARTHUR MALLETT,

15                      Movant.

16

17         By order filed August 7, 2024, respondent was ordered to show cause why sanctions

18   should not be imposed for failing to timely respond to movant's motion to vacate, set aside, or

19   correct his sentence pursuant to 28 U.S.C. § 2255.  ECF No. 452.  Respondent has now filed a

20   response to the order to show cause and a request to extend the response deadline to September

21   25, 2024.  ECF Nos. 453, 454.  Counsel for respondent avers that an immediate family member

22   underwent surgery and required care the same week he intended to file a timely motion for an

23   extension of time, and as a result he inadvertently failed to ensure the motion was filed.  ECF No.

24   454.

25         Good cause appearing, IT IS HEREBY ORDERED that:

26         1.  The August 7, 2024 order to show cause (ECF No. 452) is DISCHARGED;

27         2.  Respondent's motion for an extension of time (ECF No. 453) is GRANTED; and

28   ////

1

3.   Respondent shall have until September 25, 2024, to file a response to movant's § 2255 motion.

DATED: August 20, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2