UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:02-cr-0416 TLN AC |
|---|---|
| Respondent, | |
| v. | ORDER |
| DAWANE ARTHUR MALLETT, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, has filed a motion to disregard the government's response to his § 2255 motion on the ground that respondent did not comply with Local Rule 5-5. ECF No. 470.

This district does not have a Local Rule 5-5, and it appears that movant may be referring the Local Rules for the United States District Court for the Northern District of California. The Northern District's Local Rule 5-5 provides for the form of a certificate of service and that the court may disregard a document not accompanied by such a certificate "if an adverse party timely objects on the ground of lack of service."[1] Although this court's Local Rule 135(c) and Federal

---

[1] The Local Rules for the United States District Court for the Northern District of California can be found on that court's website at https://cand.uscourts.gov/rules/civil-local-rules/ [https://perma.cc/YZ3L-NXDM].

1

Rule of Civil Procedure 5(d)(1)(B)(i) require a certificate of service, neither includes a comparable sanction for failure to comply. Although it appears that respondent in this case failed to include a certificate of service with the opposition to movant's § 2255 motion, the court does not find it appropriate to strike the opposition on this ground. However, since it is unclear whether movant's complaint is simply that the opposition was not accompanied by a certificate of service, or whether he did not receive a copy of the opposition and is merely acting on the assumption one was filed, respondent will be required to re-serve the opposition and to file the certificate of service.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion to disregard respondent's opposition to his § 2255 motion (ECF No. 470) is DENIED;

2. Within seven days of the service of this order, respondent shall re-serve its opposition to the § 2255 motion (ECF No. 460) and file a certificate of service showing when the opposition was re-served; and

3. Movant shall have twenty-one days from the re-service of the opposition to file a reply in support of his § 2255 motion.

DATED: June 3, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE