UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:02-cr-0416 TLN AC |
| Respondent, | |
| v. | ORDER |
| DAWANE ARTHUR MALLETT, | |
| Movant. | |

The undersigned recently ordered respondent to re-serve movant with a copy of its opposition to movant's § 2255 motion. ECF No. 471. Respondent has now filed a certificate of service indicating the opposition has been re-served. ECF No. 472. However, the certificate states that movant was served at an address other than his current address of record.[1]

Accordingly, IT IS HEREBY ORDERED that within seven days of the service of this order, respondent shall re-serve its opposition to movant's § 2255 motion (ECF No. 460) on movant at his address of record and file a certificate of service showing when the opposition was re-served.

DATED: June 10, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Bureau of Prisons' inmate locator site indicates that movant's address of record is correct.

1